ALISON S. GOKAL, State Bar No. 257541
25862 Chapel Hill
Lake Forest, CA 92630
949.770.1634

RASHIDA JAFFER, State Bar No. 84842
1440 N. Harbor Blvd, Suite 900
Fullerton, CA 92835
714.449.3395
Attorneys for Plaintiffs

DANIEL D. HARSHMAN, State Bar No. 182711
COZEN O'CONNOR
777 S. Figueroa St., Suite 2850
Los Angeles, CA 90017
213.892.7600

CHRISTOPHER B. KENDE, State Bar No. 182711
CHRISTOPHER RALEIGH, Pro Hac Vice
COZEN O'CONNOR
45 Broadway, 16th floor
New York, NY 10006
212.509.9400

Attorneys for Defendant AIR FRANCE

JS-6

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEYED MOHAMMADALI MIRNAJAFIZADEH, individually, and MRS. MIRNAJAFIZADEH,<br>    Plaintiffs,<br>  vs.<br>AIR FRANCE, TEHRAN INTERNATIONAL AIRPORT, and DOES 1 through 100, Inclusive,<br>    Defendants. | Case No. SACV09-0179 AG (MLGx)<br><br>ORDER RE: DISMISSAL |

Good cause appearing, therefore, it is hereby ordered that this case is dismissed in its entirety, with prejudice and on the merits, each part to bear its own costs.

DATED:June 17, 2010                                  _____

                                                             Andrew J. Guilford, U.S. District Judge